# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138364 & (11)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

RYAN WALTER ELLIOTT,
    Defendant-Appellant.

SC: 138364
COA: 289512
Cheboygan CC: 07-003740-FC

_____/

    On order of the Court, the application for leave to appeal the January 23, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is GRANTED, limited to the filing of a supplemental brief.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

Clerk

d0615